# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **VALMONT INDUSTRIES, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No: 3:23-cv-1207** |
| v. | ) |
| | ) |
| **BETTER METAL, LLC,** | ) |
| | ) |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Valmont Industries, Inc. and Defendant Better Metal, LLC, by and through undersigned counsel, hereby stipulate to the dismiss this matter and all pending claims <u>with prejudice</u>, each party to bear its own costs and attorneys' fees.

Respectfully submitted and APPROVED by:

*/s/ John R. Posthumus*
John R. Posthumus (*pro hac vice*)
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel: (303) 572-9300
jposthumus@polsinelli.com

Mozianio S. Reliford, III, (Tenn. Bar. No. #36170)
POLSINELLI PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel: (615) 259-1510
treliford@polsinelli.com

*Attorneys for Plaintiff Valmont Industries, Inc.*

1

*/s/ Adam S. Baldridge*
Adam S. Baldridge (BPR No. 023488)
Lea H. Speed (BPR No. 034407)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Tel: (901) 577-2102
abaldridge@bakerdonelson.com
lspeed@bakerdonelson.com

Jeremy D. Ray (BPR No. 034407)
Baker, Donelson, Bearman, Caldwell
& Berkowitz, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Tel: (615) 726-5648
jray@bakerdonelson.com

*Attorneys for Defendant Better Metal, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 30th day of April, 2025, a true and exact copy of the foregoing has been served upon the following counsel listed below through the CM/ECF system, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said counsel:

Jeremy D. Ray (BPR No. 034407)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
T: (615) 726-5648/F: (615) 726-0464
jray@bakerdonelson.com

Adam S. Baldridge (BPR No. 023488)
Lea H. Speed (BPR No. 034407)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
T: 901-577-2102/F: 901-577-0838
abaldridge@bakerdonelson.com

*Attorneys for Defendant*

                                            */s/ John R. Posthumus*