UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALMONT INDUSTRIES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:23-cv-01207 |
| | ) |
| BETTER METAL, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 92), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, and the Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE